IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CONTRELL LEO FLOYD,

    Plaintiff,

v.                                               CASE NO. 5:09-cv-71-RH-GRJ

C M BROWN, et al,

    Defendants.

_____/

## **ORDER**

    This case is before the Court on Doc. 88, a motion entitled "Plaintiff's motion for enlargement of time to file memorandum of law in opposition to Defendants' motion for summary judgment." Plaintiff's response to Defendants' motion to dismiss, or in the alternative for summary judgment, was due to be filed on or before June 2, 2011. *See* Doc. 86 (summary judgment notice). To the extent that Plaintiff seeks an extension of time to respond to Defendants' summary judgment motion, the Court finds that the motion should be granted. However, the body of the instant motion suggests that Plaintiff is also seeking an extension of time to file a "dispositive motion." The Court's scheduling orders in this case required all dispositive motions to be filed by May 2, 2011. *See* Doc. 83. Plaintiff did not file a timely motion for an extension of the case management deadline for filing a dispositive motion. To the extent that Plaintiff seeks such an extension, the Court finds that the motion should be denied pending a ruling on

Defendants' dispositive motion.

Accordingly, it is **ORDERED:**

1. Plaintiff's motion, Doc. 88, is **GRANTED** to the extent that Plaintiff's seeks an extension of time to respond to Defendants' motion to dismiss/summary judgment motion. Plaintiff shall file his response to Defendants' motion **on or before July 5, 2011.**

2. In all other respects, the motion is **DENIED.**

**DONE AND ORDERED** this 6th day of June 2011.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge